# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY H | E 2137662 | Zweck | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/09/2025  1606 | MTA 21-801.1 |

Place of Offense

Amber Drive Fort Detrick MD

Offense Description: Factual Basis for Charge    HAZMAT ☐

MTA 21-801.1
Exceed max speed 35mph in a 25mph
Zone

### DEFENDANT INFORMATION

Last Name

Fitz            Riley        L

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ⊠ | Color |
|---|---|---|---|---|---|
| T78UAE | NJ | 10 | Honda Civ | | RED |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address  1520 Freedman Drive
Fort Detrick MD 21702

Date  TBD
Time  TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  Riley Fitz

Original - CVB Copy

*E2137662*

---

I state that on July 09, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20250709 AT 1606 HRS I observed a red Honda Bearing NJ REG T78UAE traveling N/B on Amber at a High rate of speed. My visual observation was confirmed by RADAR/with an Audio/Digital display of 35mph in a clearly posted 25mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Fitz by their Driver's license.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/09/2025    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident.